**Opinion issued December 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01033-CV

————————————

## IN RE THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, The General Council of the Assemblies of God, filed a petition for writ of mandamus, challenging the trial court's November 5, 2025 order granting the motion to compel a deposition filed by real parties in interest, John Doe 1 and John Doe 2.[1] Relator asserts that the trial court abused its discretion in compelling the

---

[1] The underlying case is *John Doe 1 and John Doe 2 v. The General Council of the Assemblies of God; South Texas District Council Assemblies of God, Inc. a/k/a South Texas District Council Assemblies of God; Chi Alpha Campus Ministries,*

deposition of a nonparty that is not subject to relator's control.  Relator also filed an emergency motion to stay the trial court's order.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Dokupil.

---

*U.S.A.; and Chi Alpha Campus Ministries Huntsville*, cause number 2024-16380, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.